United States District Court
Southern District of Texas
**ENTERED**
August 10, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MARIA RUDOLPH, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 5:15-CV-312 |
| | § | |
| NATIONWIDE GENERAL INSURANCE COMPANY; cp NATIONWIDE MUTUAL INSURANCE COMPANY, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

## ORDER

In light of Defendant's advisory of the settlement in this case (Dkt. No. 29), the Court **TERMINATES** all active deadlines and settings in this case.

IT IS SO ORDERED.

SIGNED this 9th day of August, 2016.

_____
DIANA SONG QUIROGA
United States Magistrate Judge

1