UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MARIA RUDOLPH, | § | |
| | § | |
| Plaintiff | § | |
| VS. | § | CIVIL ACTION NO. 5:15-CV-312 |
| | § | |
| NATIONWIDE GENERAL INSURANCE COMPANY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Counsel for the parties have advised the Court that a settlement has been reached in this action. It is ordered that this cause be **DISMISSED** without prejudice to the right of counsel to move for reinstatement within 60 days upon presentation of adequate proof that settlement could not be consummated.[1] It is further ordered that all motions currently pending are denied without prejudice. Any movants seeking to resubmit or reurge those motions must do so within 14 days from the date any motion for reinstatement is filed.

The Court appreciates the prompt notification of settlement.

It is so **ORDERED**.

**SIGNED** August 11, 2016.

Marina Garcia Marmolejo
United States District Judge

---

[1] If the parties seek a dismissal with prejudice, a stipulation signed by all parties that have appeared and stating that the dismissal is with prejudice, *see* Fed. R. Civ. P. 41(a)(1)(ii), must be filed within 60 days of this order.