UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MARIA RUDOLPH,<br>*Plaintiff,*<br><br>v.<br><br>NATIONWIDE GENERAL INSURANCE<br>COMPANY AND CATHERINE BROWN,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:15-cv-312 |

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Maria Rudolph ("Plaintiff") and Defendants Nationwide General Insurance Company, Catherine Brown, Michael Schwanz, Allcat Claims Service, and Robert Allen Boddie ("Defendants") hereby file this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(A)(1)(ii).

1. Plaintiff filed suit against Defendants related to an insurance claim for property damage allegedly caused by a hailstorm which occurred on or about May 9, 2014.

2. Plaintiff and Defendants have since resolved their differences to their mutual satisfaction.

3. Plaintiff moves to dismiss the entire suit with prejudice. Defendants agree to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. The parties will bear their own costs of suit.

Respectfully submitted,

/s/ David A. Christoffel
David A. Christoffel
Texas Bar No. 24065044
david@simplyjustice.com
Arguello, Hope & Associates, PLLC
1110 Nasa Parkway, Suite 620
Houston, Texas 77058
Telephone (281) 532-5529
Facsimile (281) 402-3534

**ATTORNEY FOR PLAINTIFF**

/s/ Patrick M. Kemp
Patrick M. Kemp
Texas Bar No. 24043751
Southern District Bar No. 38513
pkemp@smsm.com
Robert G. Wall
Texas Bar No. 24072411
Southern District Bar No. 1117137
rwall@smsm.com
Lauren L. Burgess
Texas Bar No. 2110127
Southern District Bar No. 2110127
lburgess@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Ave., Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 7th of September, 2016 to:

David A. Christoffel
Arguello Hope & Associates, PLLC
1110 Nasa Parkway, Suite 620
Houston, Texas 77058

/s/ Patrick M. Kemp
Patrick M. Kemp